JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARISOL ISABEL CARDENAS, ET AL., <br><br> Defendants. | Case No.   ED CV 14-02353 WDK-PLA <br><br> **JUDGMENT** |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendants Marisol Isabel Cardenas, individually and doing business as Chronic Tacos, and Robert Cardenas, individually and doing business as Chronic Tacos, and Chronic Tacos RC, Inc., an unknown business entity doing business as Chronic Tacos, upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants Marisol Isabel Cardenas, individually and doing business as Chronic Tacos, and Robert Cardenas, individually and doing business as Chronic Tacos, and Chronic Tacos RC, Inc., an unknown business entity doing business as Chronic Tacos, shall pay the plaintiff, J & J Sports Productions, Inc., $4,400.00 in

1  total damages.

3      IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
4  mail or by telefax or by email, copies of this Judgment on counsel for the
5  defendants or the pro se defendants in this matter.

8  Dated: October 4, 2016

_____
William Keller
United States District Judge